IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY RUSS,<br><br>       Petitioner-Appellant,<br><br>vs.<br><br>BRANDON PRICE,<br><br>       Respondent-Appellee. | Case №: 1:21-CV-01592-1-HBK<br>CA Case №: 22-17003<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The above named Petitioner has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him on Appeal.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Andrea R. St. Julian be appointed to represent the above Petitioner in this case effective *nunc pro tunc* to March 25, 2024.

This appointment shall remain in effect until further order of this court.

DATED: 3/25/2024

*/s/ Helena M. Barch-Kuchta*
HON. HELENA M. BARCH-KUCHTA
United States Magistrate Judge

-1-